NOT DESIGNATED FOR PUBLICATION

**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT**

**04-791**

**STATE OF LOUISIANA**

**VERSUS**

**NATHANIEL SMITH**

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 6359-01
HONORABLE D. KENT SAVOIE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**JOHN B. SCOFIELD
JUDGE**
\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, Michael G. Sullivan, and John B. Scofield, Judges.[*]

**AFFIRMED.**

**Robert Richard Bryant, Jr., District Attorney
Carla Sue Sigler, Asst. District Attorney
1020 Ryan Street
Lake Charles, LA 70602-0000
Counsel for Appellee:**
     **State of Louisiana**

**G. Paul Marx
Attorney at Law
P. O. Box 82389
Lafayette, LA 70598-2389
Counsel for Defendant/Appellant:**
     **Nathaniel Smith**

_____

[*]Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.